J. W. BROADDUS, *Appellant, v.* PAUL THEURER, *Appellee.*

En Banc.

Decision Filed December 17, 1926.

Where the members of the appellate court are equally divided in opinion as to whether a decree on appeal should be affirmed or reversed, and there is no prospect of a change of judicial opinion, the decree should be affirmed so that the litigation may not be unduly prolonged.

An Appeal from the Circuit Court for Hillsborough County; L. L. Parks, Judge.

*Knight, Thompson & Turner* and *W. B. Dickenson,* for Appellant.

*Taliaferro & Morris,* for Appellee.

PER CURIAM.—In this case the Chief Justice, Mr. Justice TERRELL and Mr. Justice BUFORD are of the opinion that the decree entered by the trial court from which the appeal is taken should be reversed, while Mr. Justice WHITFIELD, Mr. Justice STRUM and Mr. Justice BROWN are of the opinion that said decree should be affirmed; and, there being no prospect of a change of judicial opinion, the decree should be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51.; Pensacola Electric Co. v. Humphreys, 61 Fla. 389, 54 South. Rep. 452; Quigg, Chief of Police, v. Radel, 86 Fla. 197, 97 South. Rep. 380, and State *ex rel.* Amos, v. Hamwey, 87 Fla. 55, 100 South. Rep. 796; Yarnell v. Gregory, 88 Fla. 91.

An order will be entered affirming the decree herein.

All concur.